UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| HOLDA, MARK J | § | Case No. 10-53852 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Kenneth S. Gardner
> 219 S. Dearborn Street
> 7th Floor
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/28/2012 in Courtroom 744,
> United States Courthouse
> 219 S. Dearborn Street
> Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/24/2012             By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLDA, MARK J | § | Case No. 10-53852 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,001.14 |
| and approved disbursements of | $ | 30,557.85 |
| leaving a balance on hand of[1] | $ | 14,443.29 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 3,750.11 | $ 0.00 | $ 3,750.11 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 6,450.00 | $ 0.00 | $ 6,450.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 49.00 | $ 0.00 | $ 49.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 13.96 | $ 13.96 | $ 0.00 |
| Other: James G. Richert | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| Other: James G. Richert | $ 507.58 | $ 507.58 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 10,249.11 |
| Remaining Balance | $ | 4,194.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,027.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVIC | $ 23,779.99 | $ 0.00 | $ 0.00 |
| 000008 | DOROTHY JOHNSON | $ 25,248.00 | $ 0.00 | $ 4,194.18 |
| | Total to be paid to priority creditors | | $ | 4,194.18 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,595.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | ORANGE LAKE COUNTRY CLUB, INC. | $ 10,017.88 | $ 0.00 | $ 0.00 |
| 000001B | ORANGE LAKE COUNTRY CLUB, INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | HOOVER & ASSOCIATES P SERVICES | $ 1,282.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PARKVIEW ORTHOPAEDIC GROUP S C | $ 2,560.20 | $ 0.00 | $ 0.00 |
| 000006 | GE CAPITAL RETAIL BANK | $ 98.76 | $ 0.00 | $ 0.00 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,636.33 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-53852-ERW
Mark J Holda                                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mmyers                Page 1 of 4                Date Rcvd: Jul 25, 2012
                               Form ID: pdf006             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2012.
```
db          #+Mark J Holda,    6833 W. 127th Street,    Palos Heights, IL 60463-1676
aty          +James G Richert,    10723 W 159th St,    Orland Park, IL 60467-4531
16507756     +1st Midwest Bank,    19100 South Ridgeland Ave,    Tinley Park, IL 60477-4218
16753100      22nd Century Media LLC,    Office Condo,    1156 W 83rd St,    #3 Unit SW,    Orland Park, IL 60467
16753102    #+AT&T,    PO Box 8110,   Aurora, IL 60507-8110
16570373     +Activity Collection Se,    664 N Milwaukee Ave,    Prospect Heights, IL 60070-2300
16753101     +Aide Rentals Sales,    8600 Kennedy Ave,    Highland, IN 46322-1621
16570375     +American Collections,    919 W Estes,    Schaumburg, IL 60193-4436
16570377     +Associated Urological Specialties,    PO Box 516,    Bedford Park, IL 60499-0516
16570378     +Associated Urological Specialties,    C/O Medical Reimbursement Specialists, L,
               15234 S Harlem Avenue,    Lower Level,    Orland Park, IL 60462-4330
16753103     +Berton Ring,   Attorney At Law,    123 W Madison Suite 1500,    Chicago, IL 60602-4612
16570383     +Blatt Hasenmiller Leibsker and Moore,     125 S Wackerr Drive Suite 400,    Chicago, IL 60606-4440
16570379    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,     PO Box 85520,    Richmond, VA 23285)
16570380    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     27777 Franklin Rd,    Southfield, MI 48034)
16753104     +Citi Mastercard,    C/O United Collection Bureau,    5620 Southwyck Blvd Suite 206,
               Toledo, OH 43614-1501
16570381     +Citi Mastercard,    PO Box 6241,    Sioux Falls, SD 57117-6241
16753105     +Citibank,   C/O Blatt Hasenmiller Leibsker and Moore,     125 S Wacker Drive Suite 400,
               Chicago, IL 60606-4440
16570382     +Citibank,   PO Box 6148,    Sioux Falls, SD 57117-6148
16753106      City of Palos Heights,    17607 W College Dr,    Palos Heights, IL 60463
16570384     +Collection,    700 Longwater Dr,    Norwell, MA 02061-1796
16753107      Creditors Discount & Audit Co,    PO Box 2132,    Streator, IL 61364
16570386     +Creditors Discount and A,    415 E Main St,    Streator, IL 61364-2927
16507757     +Dorothy Johnson,    C/O Gregory K.Stern. P.C.,    53 West Jackson Blvd suite 1442,
               Chicago,IL 60604-3536
16753108    #+Enhanced Recovery Corporation,    PO Box 1967,    Southgate, MI 48195-0967
16570390     +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
16753110     +First Midwest Bank,    Trust Division,    2801 W Jefferson,    Joliet, IL 60435-5275
16570393     +High Tech Medical Park,    0236 Momentum Place,    Chicago, IL 60689-0001
16570394     +High Tech Medical Park,    C/O I C S Inc,    PO Box 1010,    Tinley Park, IL 60477-9110
16507754     +Holda Mark J,    6833 W 127th Street,    Palos Heights, IL 60463-1676
16570374      Hoover & Associates P Services,    c/o Activity Collection Se,    664 N Milwaukee Ave,
               Prospect Heights, IL 60070-2300
16753112     +I C S Inc,   PO Box 1010,    Tinley Park, IL 60477-9110
16753113     +Illinois Bone & Joint Inst,    C/O Illinois Collection Service Inc,    PO Box 1010,
               Tinley Park, IL 60477-9110
16570397     +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
16570404     +Illinois Dermatology Institute LLC,     2622 Momentum Place,    Chicago, IL 60689-5326
16753114     +Jeff Braiman Atty at Law,    4256 N Arlington Heights Rd,    Arlington Heights, IL 60004-1300
16753115     +John Warbiany,    203 Easton Lane,    West Chicago, IL 60185-2903
16753116     +K & R Enterprise of Oak Lawn,    D/B/A K&R Fun Jump,    5519 W 90th St,    Oak Lawn, IL 60453-1637
16753117     +Laurel Black Rector Atty at Law,    53 W Jackson Suite 1118,    Chicago, IL 60604-3565
16753118     +Law Office of James G Richert PC,    10723 W 159th,    Orland Park, IL 60467-4531
16507755     #Law Offices of Jay M Reese,    286 W Fullerton Ave,    Addison, IL  60101-3767
16570405     +Medical Business Burea,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
16570407     +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6974
16570409     +Midwest Center for Digestive Health,     9921 Southwest Highway,    Oak Lawn, IL 60453-3767
16753119     +Midwest Orthopaedic Consultants S C,     10719 W 160th,    Orland Park, IL 60467-5541
16570410     +National Recovery Agen,    555 Van Reed Rd,    Wyomissing, PA 19610-1756
16570413    #+Nationwide Credit and Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
16753120     +P E M S,    9944 South Roberts Rd Suite 204,    Palos Hills, IL 60465-1558
16570419     +PMI Diagnostic Imaging,    7600 W College Dr,    Palos Heights, IL 60463-1001
18010987    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Capital One Bank, N.a.,
               POB 41067,    Norfolk VA 23541)
16570418     +Parkview Orthopaedic Group S C,    C/O Hoevel & Assoc P C Attys at Law,    3725 N Western Avenue,
               Chicago, IL 60618-4705
16570420     +Portfolio Recvry and Affil,    120 Corporate Blvd Suite 1,    Norfolk, VA 23502-4962
16570421     +Portfolio Recvry and Affil,    C/O Capital One Bank N A,    PO Box 12914,    Norfolk, VA 23541-0914
16507758     +Republic Bank,    15790 S. Harlem,    Orland  Park, IL 60462-5210
16570422     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16753121     +UPS Freight,    28013 Network PL,    Chicago, IL 60673-1280
16570423     +University of Michigan Health System,     PO Box 2378,    Ann Harbor, MI 48106-2378
16753099     +Vericrest,    PO Box 24610,    Oklahoma City, OK 73124-0610
16507759      Vericrest Financial,    P.O. Box 24330,    Oklahoma City, OK  73124-0330
```

```
District/off: 0752-1           User: mmyers                 Page 2 of 4                   Date Rcvd: Jul 25, 2012
                               Form ID: pdf006              Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16570424      +E-mail/Text: bankrup@nicor.com Jul 26 2012 03:06:32       (NICOR) Northern Illinois Gas,
                Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
16570425      +E-mail/Text: cio.bncmail@irs.gov Jul 26 2012 03:01:25
                Department of the Treasury-Internal Revenue Servic,    PO Box 7346,    Philadelphia, PA 19101-7346
16753109      +E-mail/Text: fmbbankruptcy@firstmidwest.com Jul 26 2012 03:31:02       First Midwest Bank,
                12600 S Harlem Ave,    Palos Heights, IL 60463-1491
16753111      +E-mail/Text: fmbbankruptcy@firstmidwest.com Jul 26 2012 03:31:02       First Midwest Bank,
                PO Box 9003,   Gurnee, IL 60031-9003
18006742       E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2012 07:03:57       GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16570392      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2012 06:54:58       Gemb/Old Navy,    PO Box 981400,
                El Paso, TX 79998-1400
16669511       E-mail/Text: bankruptcies@orangelake.com Jul 26 2012 03:11:57       Orange Lake Country Club, Inc.,
                8505 W. Irlo Bronson Mem. Hwy.,    Kissimmee, FL 34747
16570417      +E-mail/Text: bankruptcies@orangelake.com Jul 26 2012 03:11:57       Orange Lake County CI,
                8505 W lrlo Bronson Hwy,   Kissimmee, FL 34747-8201
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
aty           James G Richert P C
16570376      American Collections,    C/O TCF National Bank II
16570385      Collection,   C/O 04 Village of Palos Park
16570388      Creditors Discount and A,    C/O Parkview Orthopedic Group
16570389      Creditors Discount and A,    C/O Occu-sport Phy thrpy/palos hts
16570387      Creditors Discount and A,    C/O MRI OF Parkview Ortho/pmi
16570391      Ffcc-Columbus Inc,   C/O Cardiovascular Physicians
16570395      Hoevel and Associates
16570396      Hoevel and Associates,    C/O Parkview Orthopaedic Group S
16570399      Illinois Collection Se,    C/O Pems
16570403      Illinois Collection Se,    C/O Miorma
16570398      Illinois Collection Se,    C/O Midwest Orthopaedic Consultant
16570401      Illinois Collection Se,    C/O Pulmonary Consultants Sc
16570402      Illinois Collection Se,    C/O Heart Care Center of Illinois
16570400      Illinois Collection Se,    C/o High Tech Medical Park - Selp
16570406      Medical Business Burea,    C/O Asc Urological Specialist
16570408      Merchants Credit Guide,    C/O Palos Emergency Medical Servic
16570412      National Recovery Agen,    C/O Bradford Editions
16570411      National Recovery Agen,    C/O The Hamilton Collection Inc
16570414      Nationwide Credit and Co,    C/O Palos Community Hospital
16570415      Nevada Professional Co
16570416      Nevada Professional Co,    C/O National Processing Co 100-3
16753122*    +(NICOR) Northern Illinois Gas,    Attention Bankruptcy & Collections,    PO Box 549,
                Aurora IL 60507-0549
                                                                                   TOTALS: 23, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mmyers              Page 3 of 4              Date Rcvd: Jul 25, 2012
                              Form ID: pdf006           Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2012**                               **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers              Page 4 of 4            Date Rcvd: Jul 25, 2012
                              Form ID: pdf006           Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2012 at the address(es) listed below:

```
              Edward P. Freud    on behalf of Creditor   Republic Bank of Chicago epfreud@rwrlaw.com
              Frances  Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Jay M Reese    on behalf of Debtor Mark Holda lawofficeofjmreese@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Toolis    on behalf of Debtor Mark Holda twt@jtlawllc.com,
               lld@jtlawllc.com;axb@jtlawllc.com
              William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com
              Zane L Zielinski    on behalf of Trustee Frances Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 7
```