UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
HOLDA, MARK J § Case No. 10-53852
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mark J. Holda |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1st Midwest Bank 19100 South Ridgeland Ave Tinley Park, IL 60477 |  |  |  |  |  |
|  | Republic Bank 15790 S. Harlem Orland Park, IL 60462 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vericrest Financial P.O. Box 24330 Oklahoma City, OK 73124-0330 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| JAMES G. RICHERT | | | | | |
| JAMES G. RICHERT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | DOROTHY JOHNSON | | | | | |
| 000002A | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000002B | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000003 | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dorothy Johnson Attorney At Law 887 N La Salle Drive Chicago, IL 60610 | | | | | |
| | Vericrest Financial P.O. Box 24330 Oklahoma City, OK 73124-0330 | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000004 | HOOVER & ASSOCIATES P SERVICES | | | | | |
| 000001A | ORANGE LAKE COUNTRY CLUB, INC. | | | | | |
| 000001B | ORANGE LAKE COUNTRY CLUB, INC. | | | | | |
| 000005 | PARKVIEW ORTHOPAEDIC GROUP S C | | | | | |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-53852 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | HOLDA, MARK J | | | Date Filed (f) or Converted (c): | 12/19/10 (c) |
| | | | | 341(a) Meeting Date: | 01/13/11 |
| For Period Ending: | 10/10/12 | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's homestead residence located at 6833 W. 12<br>   6833 W. 127th Street, Palos Heights, IL  60463 | 175,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking account<br>   Debtor Claimed Exemption | 350.00 | 0.00 | | 0.00 | FA |
| 3. Itex Barter Trade account<br>   Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Furniture, Appliances, kitchen supplies and utensi<br>   Debtor Claimed Exemption | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. Clothes and shoes<br>   Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 6. 100 % shareholder of Holda Enterprises Inc | 0.00 | 0.00 | | 0.00 | FA |
| 7. 100 % shareholder of Pebble Creek Landscaping, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8. Real Estate - 13901 LaGrange Rd.<br>   Business Property 13901 LaGrange Rd., Orland Park, IL | 549,000.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL INJURY LAWSUIT | Unknown | 0.00 | | 45,000.00 | FA |
| 10. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.14 | FA |

LFORM1

Ver: 17.00a

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Case 10-53852    Doc 72    Filed 10/15/12    Entered 10/15/12 09:22:49    Desc Main
Document      Page 8 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-53852 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | HOLDA, MARK J | | | Date Filed (f) or Converted (c): | 12/19/10 (c) |
| | | | | 341(a) Meeting Date: | 01/13/11 |
| | | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $727,300.00 | $0.00 | | $45,001.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT .

Initial Projected Date of Final Report (TFR): 03/01/12     Current Projected Date of Final Report (TFR): 06/15/12

/s/   Frances Gecker
_____ Date: 10/10/12
FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-53852 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | HOLDA, MARK J | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5333 MONEY MARKET |
| Taxpayer ID No: | *******4401 | | | |
| For Period Ending: | 10/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/11 | 9 | GALLAGHER BASSETT SERVICES FOR ACE AMERICAN INS. CO. | Settlement in PI Case | 1142-000 | 45,000.00 | | 45,000.00 |
| 05/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 45,000.16 |
| 06/14/11 | 001000 | James G. Richert<br>James G. Richert, P.C.<br>10723 W. 159th Street<br>Orland Park, Illinois 60467 | Pursuant to Order dated 6/14/11<br><br>Fees 15,000.00<br>Expenses 507.58 | <br><br><br><br>3210-000<br>3220-000 | | 15,507.58 | 29,492.58 |
| 06/14/11 | 001001 | Mark J. Holda | Debtor's Exemption | 8100-002 | | 15,000.00 | 14,492.58 |
| 06/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 14,492.84 |
| 07/29/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,492.96 |
| 08/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,493.09 |
| 09/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,493.21 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,493.33 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.46 | 14,474.87 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,474.99 |

Page Subtotals    45,001.03    30,526.04

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-53852 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | HOLDA, MARK J | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5333 MONEY MARKET |
| Taxpayer ID No: | *******4401 | | | |
| For Period Ending: | 10/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.85 | 14,457.14 |
| 12/29/11 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 14,457.25 |
| 12/29/11 | | Transfer to Acct #*******2517 | Bank Funds Transfer | 9999-000 | | 14,457.25 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 45,001.14 | 45,001.14 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,457.25 | |
| Subtotal | 45,001.14 | 30,543.89 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 45,001.14 | 15,543.89 | |

Page Subtotals  0.11   14,475.10

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-53852 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | HOLDA, MARK J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2517 GENERAL CHECKING |
| Taxpayer ID No: | *******4401 | | | |
| For Period Ending: | 10/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5333 | Bank Funds Transfer | 9999-000 | 14,457.25 | | 14,457.25 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | 13.96 | 14,443.29 |
| 08/28/12 | 001001 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 3,750.11 | 10,693.18 |
| 08/28/12 | 001002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | 6,499.00 | 4,194.18 |
| | | | Fees 6,450.00 | 3110-000 | | | |
| | | | Expenses 49.00 | 3120-000 | | | |
| 08/28/12 | 001003 | DOROTHY JOHNSON C/O GREGORY K.STERN. P.C. 53 WEST JACKSON BLVD SUITE 1442 CHICAGO,IL 60604 | Claim 000008, Payment 16.61% | 5100-000 | | 4,194.18 | 0.00 |

Page Subtotals 14,457.25 14,457.25

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-53852 -ERW |
| Case Name: | HOLDA, MARK J |
| Taxpayer ID No: | *******4401 |
| For Period Ending: | 10/10/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2517  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | Balance |
|---|---:|---:|---:|
| COLUMN TOTALS | 14,457.25 | 14,457.25 | 0.00 |
| Less: Bank Transfers/CD's | 14,457.25 | 0.00 | |
| Subtotal | 0.00 | 14,457.25 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,457.25 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| MONEY MARKET - ********5333 | 45,001.14 | 15,543.89 | 0.00 |
| GENERAL CHECKING - ********2517 | 0.00 | 14,457.25 | 0.00 |
| | 45,001.14 | 30,001.14 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/____Frances Gecker_____ Date: 10/10/12
FRANCES GECKER

Page Subtotals    0.00    0.00

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*